UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HOWARD BURL | CIVIL ACTION |
| VERSUS | NO. 21-2224 |
| RAYMOND LABORDE CORRECTIONAL CENTER | SECTION: "J"(4) |

## ORDER

The Court, having considered the petition for writ of habeas corpus, the response by Defendant, the response in opposition by Plaintiff, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's *Petition for Writ of Habeas Corpus* **(Rec. Doc. 3)** be **DISMISSED with prejudice**

New Orleans, Louisiana, this 8th day of July, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE